UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATHEUS PEREIRA<br>    Plaintiff(s),<br><br>v.<br><br>PATRICIA HYDE, TODD M LYONS, KRISTI NOEM, US DEPARTMENT OF HOMELAND SECURITY, and PAMELA BONDI<br>    Defendant(s). | Civil Action No. 25-13599-JEK |

# **JUDGMENT**

**KOBICK, D.J.**

☐  Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒  Decision by the Court: In accordance with the Court's Electronic Order dated December 3, 2025, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Matheus Pereira.

Dated: December 11, 2025

/s/ Haley Currie
Deputy Clerk